**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6510**

---

ANTWAN DARRELL JONES,

Petitioner - Appellant,

versus

EUGENE NUTH; ATTORNEY GENERAL OF THE STATE OF
MARYLAND,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
96-3991-S)

---

Submitted:  July 10, 1997          Decided:  July 24, 1997

---

Before RUSSELL, HALL, and MURNAGHAN, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Antwan Darrell Jones, Appellant Pro Se.  Ann Norman Bosse, OFFICE
OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Jones v. Nuth, CA-96-3991-S (D. Md. Mar. 17, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED